EMMA F. SOBIESKI et al., as Executors of JULIA HAESCHE, Deceased, Appellants, *v.* MERCEDES BENZ Co., INC., Appellant, and ANNA NOVICK, Respondent.

(Argued November 30, 1932; decided December 16, 1932.)

*Manuel M. Voit* for plaintiffs-appellants.

*William F. McNulty, Harold R. Medina, Harold R. Oakes* and *William Butler* for respondent.

Order as to plaintiffs' appeal affirmed and judgment absolute ordered against plaintiffs-appellants on the stipulation, with costs in all courts. Appeal by Mercedes Benz Co., Inc., from order granting a new trial as to Anna Novick, dismissed, with costs. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.